UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARYLAND TRANSIT OPPORTUNITIES )
COALITION, and BENJAMIN ROSS, Ph.D., )
)
Plaintiffs, )
) Civil Action No. 23-CV-894 (RDM)
v. )
)
FEDERAL HIGHWAY ADMINISTRATION, )
)
Defendant. )

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## DANIEL FRANZ AS COUNSEL FOR PLAINTIFFS

TO:   The Clerk of Court and all parties of record:

I am an attorney of record for Plaintiffs Maryland Transit Opportunities Coalition and Benjamin Ross. I hereby withdraw my appearance. Plaintiffs will continue to be represented by attorneys Todd A. Gluckman and Kathleen L. Millian of Terris, Pravlik & Millian, LLP. Consistent with Local Civil Rule 83.6(b), this notice is signed by me and by Plaintiffs' representative, Benjamin Ross.

Respectfully submitted,

/s/ Daniel M. Franz
KATHLEEN L. MILLIAN, DC Bar 412350
TODD A. GLUCKMAN, DC Bar 1004129
DANIEL M. FRANZ, DC Bar 1721996
Terris, Pravlik & Millian, LLP
1816 12th Street, N.W., Suite 303
Washington, DC 20009
(202) 204-8473
dfranz@tpmlaw.com

*Counsel for Plaintiffs*

Benjamin Ross

*For himself and Maryland Transit Opportunities Coalition*

Date: 6/2/23

2