UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARYLAND TRANSIT OPPORTUNITIES COALITION, and BENJAMIN ROSS, Ph.D., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 23-CV-894 (RDM) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

As previously reported, the parties have narrowed the issues to Plaintiffs' claim for attorneys' fees and expenses. ECF 24, p. 2. On February 15, 2024, Plaintiffs submitted to Defendant their request for attorneys' fees and expenses. Defendant previously reported that it was reviewing Plaintiffs' request for attorneys' fees and expenses and that it anticipated having information regarding settlement authority on or about May 10. ECF 26, p. 2. Defendant extended a counteroffer on May 10. The parties met and conferred to discuss Plaintiffs' claim for attorneys' fees and expenses and requested that Court refer the parties to mediation. ECF 27, p. 1.

The Court referred the matter to the Mediation Program of the U.S. Courts of the D.C. Circuit, stayed this pending mediation, and ordered the parties to update the Court on the status of mediation. May 20, 2024, Min Order.

The parties participated in mediation on July 25 and August 21, 2024. While the parties did not reach a resolution during their first or second mediation session, they agreed to continue negotiations with the mediator.

To that end, the parties request that this matter remain stayed pending the close of mediation and the Court order the parties to file another Joint Status Report, updated the court on the status of mediation by September 30, 2024.

\* \* \*

| | |
|---|---|
| Dated: August 30, 2024 | Respectfully submitted, |
| MATTHEW M. GRAVES, DC Bar # 481052<br>United States Attorney | /s/ Todd A. Gluckman<br>KATHLEEN L. MILLIAN, DC Bar 412350<br>TODD A. GLUCKMAN, DC Bar 1004129 |
| BRIAN P. HUDAK<br>Chief, Civil Division | Terris, Pravlik & Millian, LLP<br>1816 12th Street, N.W., Suite 303<br>Washington, DC  20009 |
| /s/ Stephanie R. Johnson<br>STEPHANIE R. JOHNSON<br>DC Bar # 1632338<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-7874<br>Stephanie.Johnson5@usdoj.gov | (202) 204-8482<br>tgluckman@tpmlaw.com<br><br>*Attorneys for Plaintiffs* |
| *Attorneys for the United States of America* | |